SECURITY GENERAL INSURANCE
COMPANY, Appellee,

v.

UNIVERSAL UNDERWRITERS,
Appellant.

No. 11302.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 7, 1967.

Decided Nov. 13, 1967.

Julian B. Salley, Jr., Aiken, S. C. (Henderson, Salley, Cushman & Bodenheimer, Aiken, S. C., on brief), for appellant.

John H. Williams, Aiken, S. C. (Williams & Johnson, Aiken, S. C., on brief), for appellee.

Before SOBELOFF and BRYAN, Circuit Judges, and MARVIN JONES,* Senior Judge.

PER CURIAM:

We affirm the judgment upon the opinion of the District Court. 263 F.Supp. 74 (D.S.C.1967).

Affirmed.

* Sitting by designation.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

LABORERS & HOD CARRIERS LOCAL
NO. 300, Respondent.

No. 20583.

United States Court of Appeals
Ninth Circuit.

Nov. 28, 1967.

Arnold Ordman, General Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, George B. Driesen, Atty. (argued), N.L.R.B., Washington, D. C., Ralph E. Kennedy, Director, N.L.R.B., Los Angeles, Cal., for petitioner.

Alexander H. Schullman (argued), Los Angeles, Cal., for respondent.

Before CHAMBERS, BROWNING, and ELY, Circuit Judges.

PER CURIAM:

The order of the board will be enforced on the authority of NLRB v. International Hod Carriers, Building and Common Laborers Union of America, Local No. 1082, 384 F.2d 55 (9th Cir., Sept. 29, 1967).

Judge ELY would deny enforcement for the reasons set out in his dissent in the latter case.